JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN AVAGYAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 to 100, Inclusive;<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01944-SB-SK<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　　Pursuant to the stipulation of the parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear his and its own costs and attorneys' fees.

　　　IT IS SO ORDERED.

DATED: June 6, 2023



STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE